IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

THE AGRED FOUNDATION                                                                PLAINTIFF

v.                                      Case No. 4:18-cv-4136

THE UNITED STATES ARMY CORPS OF ENGINEERS;
THE HONORABLE MARK T. ESPER, IN HIS OFFICIAL
CAPACITY AS SECRETARY OF THE UNITED STATES
ARMY; and INTERNATIONAL PAPER COMPANY                                DEFENDANTS

# ORDER

Before the Court is Plaintiff's Notice of Dismissal, dismissing Separate Defendant International Paper Company as party to this action. ECF No. 5. Federal Rule of Civil Procedure 41(a)(1)(i) allows for the voluntary dismissal of a party without a court order where a plaintiff files a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(i). International Paper Company has not filed an answer or motion for summary judgment in this case. Accordingly, Plaintiff's claims against International Paper Company are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 15th day of April, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge