IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

THE AGRED FOUNDATION                                                                                   PLAINTIFF

v.                                             Case No. 4:18-cv-4136

THE UNITED STATES ARMY CORPS OF ENGINEERS;
THE HONORABLE MARK T. ESPER, IN HIS OFFICAL
CAPACITY AS SECRETARY OF THE UNITED STATES
ARMY; and INTERNATIONAL PAPER COMPANY                                        DEFENDANTS

## **ORDER**

Before the Court is the parties' Joint Motion for Scheduling Order. (ECF No. 21). The Court finds this matter ripe for consideration.

Plaintiff filed its Motion for Summary Judgment on October 30, 2019. (ECF No. 17). The parties move the Court to extend Defendants' deadline to respond to the summary judgment motion to November 27, 2019. The parties further move to extend Plaintiff's deadline to file a reply to December 13, 2019.

Upon consideration, the Court finds that it cannot grant the relief the parties seek. Assuming that the parties' briefing of any dispositive motion concludes with Plaintiff's reply, the Court finds that it would be without adequate time to give full and fair consideration to the parties' briefing on this issue, given the length of the requested extensions and the Court's current trial schedule. Accordingly, the parties' motion (ECF No. 21) should be and hereby is **DENIED**. In light of this ruling, the Court will entertain a motion for a continuance of this matter.

**IT IS SO ORDERED**, this 5th day of November, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge