IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

THE AGRED FOUNDATION                                                      PLAINTIFF

v.                                    Case No. 4:18-cv-4136

THE UNITED STATES ARMY CORPS OF ENGINEERS;
THE HONORABLE MARK T. ESPER, IN HIS OFFICAL
CAPACITY AS SECRETARY OF THE UNITED STATES
ARMY; and INTERNATIONAL PAPER COMPANY                                     DEFENDANTS

## ORDER

Before the Court is the parties' Joint Motion for Scheduling Order. (ECF No. 21). The Court finds this matter ripe for consideration.

Plaintiff filed its Motion for Summary Judgment on October 30, 2019. (ECF No. 17). The parties move the Court to extend Defendants' deadline to respond to the summary judgment motion to November 20, 2019. The parties further move to extend Plaintiff's deadline to file a reply to December 9, 2019.

Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, the parties' Joint Motion for Scheduling Order (ECF No. 21) should be and hereby is **GRANTED**. Defendants have up to and including November 20, 2019, to file a response to Plaintiff's Motion for Summary Judgment. Plaintiff has up to and including December 9, 2019, to file its reply, if any.

**IT IS SO ORDERED**, this 7th day of November, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge