IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

THE AGRED FOUNDATION                                                                    PLAINTIFF

v.                                          Case No. 4:18-cv-4136

THE UNITED STATES ARMY CORPS OF ENGINEERS;
THE HONORABLE MARK T. ESPER, IN HIS OFFICAL
CAPACITY AS SECRETARY OF THE UNITED STATES
ARMY; and INTERNATIONAL PAPER COMPANY                      DEFENDANTS

## ORDER

The above styled and numbered case is currently set for trial on February 18, 2020. The Court finds, *sua sponte*, that a continuance is necessary because of a change in the Court's trial docket. Accordingly, the trial of this matter is hereby continued and will commence at 9:00 a.m. on June 22, 2020, at the United States Courthouse, Texarkana, Arkansas. Counsel should adjust all remaining deadlines accordingly.

**IT IS SO ORDERED**, this 13th day of December, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge