IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

THE AGRED FOUNDATION                                                                              PLAINTIFF

v.                                              Case No. 4:18-cv-4136

THE UNITED STATES ARMY CORPS OF ENGINEERS
and THE HONORABLE MARK T. ESPER, IN HIS OFFICAL
CAPACITY AS SECRETARY OF THE UNITED STATES
ARMY                                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the reasons set forth in the Memorandum Opinion of even date the Court finds that Defendant's Cross-Motion to Dismiss (ECF No. 25) should be and hereby is **GRANTED**. Because the Court lacks jurisdiction to hear this matter, it finds that Plaintiff's Motion for Summary Judgment (ECF No. 17) should be and hereby is **DENIED AS MOOT**. The Friends of Lake Erling Association's Motion to Intervene (ECF No. 28) is also hereby **DENIED AS MOOT**. Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 4th day of May, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge